**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-00025 VAP(OPx)                                      Date:  May 28, 2010

Title:       PABLO AYALA, AN INDIVIDUAL -v- BANK OF AMERICA, et al.
==============================================================
PRESENT:          HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                         None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                        None

PROCEEDINGS:       MINUTE ORDER ORDERING PLAINTIFF TO SHOW
                                     CAUSE (IN CHAMBERS)

    Plaintiff Pablo Ayala ("Plaintiff") filed his Complaint in this action on January 7, 2010.  Plaintiff was obligated to serve the Complaint and summons no later than May 7, 2010.  Plaintiff has not filed a proof of service of the Complaint and summons as to any Defendant.  Accordingly, the Court orders Plaintiff to show cause, in writing, no later than June 4, 2010, why his Complaint should not be dismissed for failure to prosecute.  Plaintiff may respond to this order to show cause by filing a proof of service of the summons and Complaint on all Defendants.

    **IT IS SO ORDERED.**