JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO AYALA, AN INDIVIDUAL,<br><br>             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, A CORPORATION; RECONTRUST COMPANY, FSB, A CORPORATION AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>             Defendants. | Case No. EDCV 10-00025 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 30, 2010
                                        VIRGINIA A. PHILLIPS
                                    United States District Judge